New York Heritage Med Serv, PLLC v Nationwide Affinity Ins. Co. of Am. (2026 NY Slip Op 50099(U))

[*1]

New York Heritage Med Serv, PLLC v Nationwide Affinity Ins. Co. of Am.

2026 NY Slip Op 50099(U)

Decided on January 28, 2026

Civil Court Of The City Of New York, Kings County

Roper, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on January 28, 2026
Civil Court of the City of New York, Kings County

New York Heritage Med Serv, PLLC, a/a/o HAYNES, VERNAL, Plaintiff,

againstNationwide Affinity Insurance Company of America, Defendant.

Index No. CV-754273-21/KI

The Rybak Firm PLLC, Brooklyn, for Plaintiff.Hollander Legal Group, P.C., Melville, for Defendant.

Sandra E. Roper, J.

Upon the foregoing cited papers, the Decision/Order on Defendant's Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment is as follows:
After oral argument, Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Cross Motion for Summary Judgment is DENIED. Plaintiff established that it timely mailed the bills at issue to Defendant. After receiving the bills, Defendant timely noticed examinations under oath ("EUO") of the Plaintiff by letters dated July 21, 2021, August 6, 2021, and September 24, 2021. Defendant further established that Plaintiff failed to appear for EUOs on September 23, 2021, after the previously agreed upon reschedule, and November 16, 2021. Plaintiff's Second Request for a reschedule the day before the scheduled EUO on September 23, 2021 premised upon ongoing negotiations was not agreed upon by Defendant and thus not rescheduled. An EUO reschedule cannot be unilateral. Rather, it must be agreed upon, in which it was not so done here. Plaintiff contacted Defendant and requested the EUO be scheduled in [*2]September 2021 and then November 2021, of which Defendant agreed and accommodated to do so, accordingly scheduling the EUOs for September 23. 2021 and November 16, 2021, respectively. See MSB Physical Therapy, P.C. v. Nationwide Ins., 2022 NY Slip Op 50902(U).
Thus, the case is dismissed with prejudice.
This constitutes the Decision and Order of the Court.
Date: January 28, 2026Brooklyn, New YorkHonorable Sandra E. RoperJudge, Civil Court, Kings County